# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12793

_____

VONN CAPEL,
BENJAMIN BLANCHARD,

                                      Plaintiffs-Appellants,

*versus*

PASCO COUNTY,
a political subdivision of the State of Florida ,
PASCO COUNTY PROPERTY APPRAISER OFFICE,
a municipal corporation, an agency of Pasco County,
PASCO COUNTY TAX COLLECTOR OFFICE,
a municipal corporation, an agency of Pasco County,
MIKE WELLS,
In his individual and official capacity,
MIKE FASANO,
In his individual and official capacity,

2                                                    24-12793

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cv-00352-WFJ-CPT

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 15, 2025

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: August 5, 2025